

**IT IS ORDERED as set forth below:**

**Date: July 5, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

IN RE:

KARLEY KIMMEL NGUYEN aka        *
KARLEY K. NGUYEN aka            *   CHAPTER 13
KARLEY NGUYEN,                  *
                                *   CASE NO. 16-67191-JRS
    DEBTOR,                     *
                                *
                                *
                                *
```

<u>**ORDER MODIFYING STAY**</u>

This matter arose upon Debtor's Motion to Reimpose Stay against Amerihome Mortgage Company, LLC., and Motion for Expedited Hearing on Debtor's Motion to Reimpose Automatic Stay as to Amerihome Mortgage Company, LLC. Doc. No. 38, 39. An expedited hearing was scheduled on May 1, 2017 upon lawful notice given to all parties in interest to hear Debtor's Motions. At the call of the calendar, Debtor's attorneys announced ready and Creditor's attorney announced ready.  The Court heard argument from all parties and ordered that Amerihome Mortgage Company, LLC, could cry

out the foreclosure sale on May 2, 2017 but could not complete the foreclosure sale. Furthermore, the Court instructed the parties to try and resolve Debtor's Motion and rescheduled the hearing until June 6, 2017. On June 6, 2017 at the call of the calendar, Debtors attorneys announced ready and Creditor's attorney announced ready. The Court heard argument from all parties and the parties agreed that the Debtor would tender $22,000.00 to the Creditor and the balance owed in the amount of $1,931.72 would be paid over a twelve month period, beginning July 15, 2017 and beginning July 1, 2017, the Debtor would get back on track with her regular monthly post petition mortgage payment. The Debtor is on strict compliance for twelve months and the Trustee can fund the proof of claim filed by the Creditor Amerihome Mortgage Company, LLC.

**IT IS HEREBY ORDERED** that Debtor's Motion to Reimpose the Stay is granted as to the Creditor Amerihome Mortgage Company, LLC;

**FURTHER ORDERED** that the Debtor is to tender $22,000.00 to the Creditor Amerihome Mortgage Company, LLC, and the balance of $1,931.72 is to be paid in equal installments over a twelve month period beginning July 15, 2017. Beginning July 1, 2017, the Debtor will begin to pay her post petition mortgage payment. The Debtor is on twelve months strict compliance, beginning July 1, 2017. The Chapter 13 Trustee is directed to fund the proof of

claim filed by the Creditor Amerihome Mortgage Company, LLC.

**END OF DOCUMENT**

| Presented by: | No opposition: |
|---|---|
| /s/ Schuyler Elliott<br>Schuyler Elliott<br>Attorney for Debtor<br>Georgia Bar No. 244002<br>2024 Beaver Ruin Road<br>Norcross, Georgia 30071<br>(770)209-7999 | /s/ Eric Roach (express perm.)<br>Eric Roach<br>Chapter 13 Trustee<br>Bar No. 413194<br>303 Peachtree Center Avenue<br>Suite 120<br>Atlanta, Georgia 30303<br>(678)992-1201 |
| No Opposition: | No Opposition: |
| /s/ Howard J. Kent (express perm.)<br>oward J. Kent, Esq.<br>Bar No. 415150<br>The Kent Law Firm<br>Suite 750<br>3355 Lenox Road<br>Atlanta, Georgia 30303<br>(404)504-7090 | /s/ Susan B. Shaw (express perm)<br>Susan B. Shaw, Esq.<br>Bar No. 640237<br>Albertelli Law<br>100 Galleria Parkway, Suite 960<br>Atlanta, Georgia 30339<br>(813)221-4743 ext. 2504 |

**DISTRIBUTION LIST**

Schuyler Elliott
Attorney at Law
2024 Beaver Ruin Road
Norcross, Georgia 30071

Howard J. Kent, Esq.
The Kent Law Firm
Suite 750
3355 Lenox Road
Atlanta, Georgia 30326

Nancy J. Whaley, Esq
Standing Chapterr 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, Georgia 30303

Susan B. Shaw, Esq.
Albertelli Law
100 Galleria Parkway, Suite 960
Atlanta, Georgia 30339

Karley Kimmel Nguyen
4435 Settles Bridge Road
Suwanee, Georgia 30024